UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHANCE ELLIS | * | CIVIL ACTION |
| VERSUS | * | NO. |
| HERCULES OFFSHORE, INC. and<br>HERCULES DRILLING COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## C O M P L A I N T

**NOW INTO COURT**, through undersigned counsel, comes CHANCE ELLIS, who respectfully represents:

I.

Defendant, Hercules Offshore, Inc., is a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Court.

2.

Hercules Drilling Company, LLC, is a non-Louisiana limited liability company authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Court.

3.

Plaintiff brings this action in admiralty, pursuant to the admiralty and general maritime law of the United States, as modified by the Jones Act, 42 U.S.C. § 688 and designates this action as an admiralty or maritime claim within the meaning of Federal Rules of Civil Procedure, Rule 9(h).

1

4.

Jurisdiction with this Court is proper pursuant to 28 U.S.C. § 1333.

5.

On or about February 14, 2012, plaintiff was acting within the course and scope of his employment with defendants aboard Rig 213, located in navigable waters off the coast of Louisiana.   Rig 123 was at all pertinent times owned and/or operated by defendants.  Plaintiff sustained injuries when he was knocked to the drill floor as a result of co-workers having to use improper equipment to unscrew production tubing.

6.

After the aforesaid accident, and while still under medical care, plaintiff returned to light duty work aboard Rig 123.  Plaintiff was assisting a co-worker in replacing the shaker screen when the co-worker dropped his end which caused plaintiff to be thrown into the shaker resulting in injuries to plaintiff.

7.

As a consequence of the negligence of the defendants and the unseaworthiness of the vessel, plaintiff has been caused to sustain severe and disabling injuries entitling him to damages for mental and physical pain and suffering, past and future, loss of enjoyment of life, past and future, permanent disability loss of wages, past and future, impairment of earning capacity, medical expenses, past and future, and other such damages as may be shown at the time of the trial of this matter.

8.

Defendants are guilty of gross willful and/or wanton conduct which caused the plaintiff's damages, entitled the plaintiff to punitive damages under the general maritime law.

9.

Plaintiff, while reiterating and realleging each and every allegation made hereinabove, additionally alleges that defendants have wrongfully terminated maintenance and cure which he is entitled in a manner that has aggravated plaintiff's injuries and condition, and were arbitrary, capricious, willful, wanton, callous, and/or unreasonable in this regard.  Plaintiff is entitled to recover past due maintenance and cure, compensatory damages, as well as attorney's fees, costs, penalties, punitive damages and any other recovery permitted by law from defendants in an amount justified by the law and facts herein.  Defendants have also wrongfully terminated plaintiff's hospitalization and medical benefits and have denied plaintiff reasonable and necessary medical care and treatment in a manner that has aggravated plaintiff's injuries and condition and plaintiff is therefore entitled to both compensatory and punitive damages, together with reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff prays that Defendants be served a copy of this Complaint, summoned as per law and made to appear and answer same, and after all due proceedings, there be Judgment in favor of Plaintiff, Chance Ellis, and against Hercules Offshore Drilling, Inc. and Hercules Drilling Company, for all compensatory and punitive damages in the premises, together with judicial interest thereon from the date of judicial demand until paid, attorney's fees, for

defendants to bear all costs of these proceedings, and for all additional legal, general, equitable and injunctive relief in the premises.

By: /s/ Laurence E. Best
       Laurence E. Best, T.A. (TX #2263970)
       Attorney for Plaintiff
       LAURENCE E. BEST, L.L.C.
       E-mail: *lebest@laurencebest.com*
       2030 St. Charles Avenue, Suite A
       New Orleans, Louisiana 70130
       Telephone: 504-523-2378
       Telefax: 504-524-1024
       **Attorneys for Plaintiff, CHANCE ELLIS**

PLEASE SERVE:

Hercules Offshore, Inc.,
Through its Agent for Service of Process,
CAPITOL CORPORATE SERVICES, INC.
8550 United Plaza Building 11, Suite 305
Baton Rouge, Louisiana 70809

Hercules Drilling Company, LLC,
Through its Agent for Service of Process,
CAPITOL CORPORATE SERVICES, INC.
8550 United Plaza Building 11, Suite 305
Baton Rouge, Louisiana 70809