UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHANCE ELLIS | CIVIL ACTION |
| VERSUS | NO. 12-2839 |
| HERCULES OFFSHORE, INC. ET AL. | SECTION "H" (2) |

## ORDER

The court has been advised by Laurence Best, counsel for plaintiff, and Matthew Guy, counsel for defendants (by letter filed separately in the record), that the captioned case has settled and that the settlement conference previously set in this matter should be cancelled. Accordingly, **IT IS ORDERED** that the **Settlement Conference** set before me on April 23, 2014, is hereby CANCELLED.

New Orleans, Louisiana, this ___15th___ day of April, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JANE TRICHE MILAZZO**